# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TEVIN JOHNSON

VERSUS

JIMMIE WILLIAMS, STATE OF
LOUISIANA, THROUGH THE
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS, ELAYN
CORRECTION CENTER, AND THE
STATE OF LOUISIANA OFFICE OF
RISK MANAGEMENT

NO.  2020 CW 0956

NOVEMBER 09, 2020

---

In Re:    State of Louisiana, through the Department of Public
          Safety and Corrections, Elayn Hunt Correctional
          Center, applying for supervisory writs, 20th Judicial
          District Court, Parish of West Feliciana, No. 23074.

---

**BEFORE:    GUIDRY, CHUTZ, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**JMG**
**WIL**

**Chutz, J.,** concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
 DEPUTY CLERK OF COURT
     FOR THE COURT